STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAVEL ASLANIDIS,<br><br>                Petitioner,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security[1], *et al.*,<br><br>                Respondents. | C 20-06305 NC<br><br>**SECOND STIPULATION TO EXTEND DATES; and ORDER** |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorney of record, hereby stipulate to a second extension of time within which the Respondents must serve the answer or otherwise respond in the above-entitled action. This additional time is needed because United States Citizenship and Immigration Services ("USCIS") issued a Request for Evidence to the Petitioner, and he has until May 5, 2021, to submit his response. Defendants will file their response on or before July 5, 2021.

///

---

[1] Alejandro Mayorkas automatically is substituted for Chad F. Wolf as a party in accordance with Federal Rule of Civil Procedure 25(d).

Second Stip to Extend Time
C 20-06305 NC                           1

In light of the second extension for Respondent's response to the Complaint, the parties request that, if Petitioner has not filed a motion for summary judgment by August 4, 2021, Respondents must file their motion for summary judgment by September 3, 2021.

Dated:  March 16, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Respondents

Dated: March 16, 2021

/s/
ZACHARY NIGHTINGALE
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  Respondents' response to the Complaint is due by July 5, 2021.  If Petitioner has not filed a motion for summary judgment by August 4, 2021, Respondents must file their motion for summary judgment by September 3, 2021.

IT IS SO ORDERED.

Date:  March 17, 2021

NATHAN
United Sta

GRANTED
Judge Nathanael M. Cousins